■ SHERRY S. LEBECK, Respondent, v PAUL H. MASTROMARINO, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed as moot. (See *Lebeck v Mastromarino,* — AD2d —.) (Appeal from order of Yates Supreme Court—renew motion.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.